1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KIMBALL-GRIFFITH L.P.,

      Plaintiff,

      v.

BRENDA WREN BURMAN, in her official capacity as the Commissioner of the United States Bureau of Reclamation; *et al.*,

      Defendants.

No. 2:20-cv-10647-AB (AFMx)

**[~~PROPOSED~~] FINAL JUDGMENT IN FAVOR OF DEFENDANTS**

Honorable André Birotte Jr.
United States District Judge

1    Defendants' Motions to Dismiss Plaintiff's First Amended Petition came on for

2    hearing on September 17, 2021. On October 1, 2021, after full consideration of the

3    Motions and arguments of counsel, the Court granted Defendants' Motions and

4    dismissed the First Amended Petition with prejudice.

5    Accordingly, IT IS HEREBY ORDERED that Final Judgment be entered in favor

6    of Defendants.

7    **IT IS SO ORDERED.**

8

9

10    Dated: October 18, 2021

    _____
    HONORABLE ANDRÉ BIROTTE JR.
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1